# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# CASE NO. 5:18-CR-00120-M

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | **AMENDED** |
| | ) | **JUDGMENT** |
| Terry Lamont Williams | ) | |

On May 7, 2019, Terry Lamont Williams appeared before the Honorable Malcolm J. Howard, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced to the custody of the Bureau of Prisons for a term of 18 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Terry Lamont Williams was released from custody and the term of supervised release commenced on August 2, 2019.

From evidence presented at the revocation hearing on April 9, 2021, the court finds as a fact that Terry Lamont Williams, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct of which he was adjudicated guilty in 5:20-CR-00280-M.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 18 months. Execution of this sentence to run consecutive to the sentence imposed in 5:20-CR-00280-M.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 26th day of April, 2021.

Richard E. Myers II
Chief United States District Judge